IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

QUANTEL SEARCY,  )
    Petitioner,  )
  )
    v.  ) Civil Action No. 10-189
  )
JAMES J. MCGRADY, et al.,  )
    Respondents.  )

O R D E R

AND NOW, this 21st day of June, 2010, after a petition for a writ of habeas corpus was filed by the petitioner, Quantel Searcy, and after a Report and Recommendation of the United States Magistrate Judge was issued, and the Court granted the petitioner's motion to extend the deadline for filing written objections to June 15, 2010, and no objections having been filed, and upon independent review of the petition and the record, and after consideration of the Report and Recommendation of the Magistrate Judge, which is adopted and incorporated as the opinion of this Court,

IT IS ORDERED that the petition of Quantel Searcy for a writ of habeas corpus is dismissed, and that a certificate of appealability is denied, because reasonable jurists could not conclude that a basis for appeal exists.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the F.R.App.P., if the petitioner desires to appeal from this Order, he must do so within thirty (30) days by filing a notice of appeal as provided by Rule 3 F.R.App.P.

                                                   s/ Terrence F. Mcverry
                                                   United States District Judge